IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: XXXXXX | ) | CASE NO. 05-84059 |
| | ) | |
| BRYARLEY, SHERRY E. | ) | HON. KAY WOODS |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

### DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 1006 in the amount of $1.72.

The dividend relates to the following claimant(s):

Claimant:                                              Amount:

Allied Adjustors Inc
PO Box 1006
Aliquippa PA 15001                                     $1.72


/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee      (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0248814.1 }